Rebecca J. Hozubin, Esq.
HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
711 M Street, Suite 2
Anchorage, AK 99501
907-276-5297 - Telephone
907-276-5291 - Facsimile
rebecca@akdefenselaw.com
Alaska Bar No. 9806016

*Attorneys for Great Divide Insurance Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, a North Dakota Corporation, </br></br> Plaintiff, </br></br> v. </br></br> SOUND DEVELOPMENT LLC, </br> JEREMY TWADDLE, DIANA TWADDLE, </br> TODD FLEMING, BRANDI FLEMING, </br> CHRISTINE MCGRAW, ANDREW FRISKE, </br> REBECCA FRISKE, KORI LINDSTROM, </br> GUILLERMO DIAZ, GUADALUPE DIAZ, </br> KORI LINDSTROM, as personal representative </br> of the ESTATE OF ELMER DIAZ, </br> KORI LINDSTROM, as personal representative </br> of the ESTATE OF ULISES DIAZ, and </br> CITY AND BOROUGH OF SITKA, </br></br> Defendants. | </br></br></br></br></br></br></br></br></br></br></br></br></br></br></br></br></br></br></br> Case No. 3:17-cv-00103-TMB |

**STIPULATION TO DISMISS WITH PREJUDICE**

COME NOW the parties, by and through their respective counsel of record, and hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41 (a)(1(A)(ii), that any and all claims asserted, or that could have been asserted, by plaintiff, against defendants, are to be dismissed with prejudice, with the parties to bear their own attorney fees and costs.

DATED this 3rd day of November 2017.

HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
*Attorneys for Plaintiff Great Divide Insurance Company*

By: s/ Rebecca J. Hozubin
Rebecca J. Hozubin
Alaska Bar No. 9806016

DATED this 3rd day of November 2017.

BLISS WILKENS
*Attorneys for Defendant City and Borough of Sitka*

By: s/ James K. Wilkens
James K. Wilkens
Alaska Bar No. 8408071

DATED this 3rd day of November 2017.

LAW OFFICES OF ROYCE & BRAIN
*Attorneys for Defendant Christine McGraw*

By: s/ Raymond H. Royce, III
Raymond H. Royce, III
Alaska Bar No. 8206060

Stipulation to Dismiss with Prejudice
*Great Divide Insurance Company v. Sound Development et al.*
3:17-cv-00103-TMB
Page 2

Case 3:17-cv-00103-TMB   Document 23   Filed 11/03/17   Page 2 of 4

DATED this 3rd day of November 2017.

> LESSMEIER & WINTERS, LLC
> *Attorneys for Defendant Sound Development LLC*
> *Attorneys for Defendant Jeremy Twaddle*
> *Attorneys for Defendant Diana Twaddle*
> *Attorneys for Defendant Todd Fleming*
> *Attorneys for Defendant Brandi Fleming*

> By: s/ Michael L. Lessmeier
> Michael L. Lessmeier
> Alaska Bar No. 7910082

DATED this 3rd day of November 2017.

> WEIDNER & ASSOCIATES, APC
> *Attorneys for Defendant Andrew Friske]*
> *Attorneys for Defendant Rebecca Friske*
> *Attorneys for Defendant Kori Lindstrom]*
> *Attorneys for Defendant Guillermo Diaz]*
> *Attorneys for Defendant Guadalupe Diaz]*
> *Attorneys for Defendant Kori Lindstrom as P/R to Estate of Elmer Diaz*
> *Attorneys for Defendant Kori Lindstrom as P/R to Estate of Ulises Diaz*

> By: s/ Michael Cohn
> Michael Cohn
> Alaska Bar No. 8506049

Stipulation to Dismiss with Prejudice
*Great Divide Insurance Company v. Sound Development et al.*
3:17-cv-00103-TMB
Page 3

Case 3:17-cv-00103-TMB   Document 23   Filed 11/03/17   Page 3 of 4

CERTIFICATE OF SERVICE
This is to certify that the aforementioned
was served electronically via CM/ECF on
the 3rd day of November 2017 on the following:

James K. Wilkens, Esq.
Bliss Wilkens
310 K Street, Suite 200
Anchorage, AK 99501
jkw@blisswilkens.com
[Attorneys for Defendant City and Borough of Sitka]

Michael Cohn, Esq.
Weidner & Associates, APC
943 West 6th Avenue, Suite 300
Anchorage, AK 99501
mcohn@weidnerjustice.com
[Attorneys for Defendant Andrew Friske]
[Attorneys for Defendant Rebecca Friske]
[Attorneys for Defendant Kori Lindstrom]
[Attorneys for Defendant Guillermo Diaz]
[Attorneys for Defendant Guadalupe Diaz]
[Attorneys for Defendant Kori Lindstrom as P/R to Estate of Elmer Diaz]
[Attorneys for Defendant Kori Lindstrom as P/R to Estate of Ulises Diaz]

Raymond H. Royce III, Esq.
Taylor B. McMahon, Esq.
Law Offices of Royce & Brain
1407 West 31st Avenue, 7th Floor
Anchorage, AK 99503-3678
rroyce@roycebrain.com
tmcmahon@roycebrain.com
[Attorneys for Defendant Christine McGraw]

Michael L. Lessmeier, Esq.
Lessmeier & Winters LLC
8390 Airport Blvd., Suite 104
Juneau, AK 99801
mlessmeier@lessmeier-winters.com
[Attorneys for Defendant Sound Development LLC]
[Attorneys for Defendant Diana Twaddle]
[Attorneys for Defendant Jeremy Twaddle]
[Attorneys for Defendant Brandi Fleming]
[Attorneys for Defendant Todd Fleming]


HOZUBIN, MOBERLY, LYNCH & ASSOCIATES

By: s/ Rebecca J. Hozubin
4824.34/Court Docs/Stip to Dismiss

Stipulation to Dismiss with Prejudice
*Great Divide Insurance Company v. Sound Development et al.*
3:17-cv-00103-TMB
Page 4

Case 3:17-cv-00103-TMB   Document 23   Filed 11/03/17   Page 4 of 4